COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  HOFFMAN           PIERRE          LEBON
      (Last)            (First)         (Initial)

Prisoner Number  P-22734

Institutional Address  SALINAS VALLEY STATE PRISON
POB 1050  SOLEDAD, CALIFORNIA 93960

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PIERRE LEBON HOFFMAN
(Enter the full name of plaintiff in this action.)

        vs.

DR. JOHN D. KASAWA
RN DAN JEANS

(Enter the full name of the defendant(s) in this action))

Case No. CV 08 1501
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

DEMAND TRIAL BY JURY

[All questions on this complaint form must be answered in order for your action to proceed.]

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  SALINAS VALLEY STATE PRISON

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                              - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  BY PASS LOG NUMBER:SVSP-A-07-04394

_____2. First formal level  SVSP-A-07-04394 DUE DATE: NOVEMBER.20.2007 (see attached declaration by plaintiff into why, the decided to reject plaintiff's staff complaint, even plaintiff filed his grievance timely.

3. Second formal level_____

N/A

_____4 Third formal level  N/A

E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )    NO (X)

F.  If you did not present your claim for review through the grievance procedure, explain why. (see attached declaration by plaintiff).

II. Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

PIERRE LEBON HOFFMAN   P-22734

POB 1050, SOLEDAD, CALIFORNIA 93960

B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        -2-

1 | place of employment.
2 | DR. JOHN D. KASAWA (No Longer Working For The Department
3 | Of Corrections.)
4 | RN DAN JEANS        (SALINAS VALLEY STATE PRISON)

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(see attached (602/grievance))

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
Compensatory & punitive damages for pain, suffering &

COMPLAINT                        - 3 -

1 | retaliation to plaintiff's lifetime bladder injury that
2 | it is dinstinct & palpable within the meaning of the
3 | ADA act Of 1990, §2 et seq., 42 U.S.C.A §12101 et seq.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15th___ day of ___March___, 20__08__

_(signature)_
(Plaintiff's signature)

COMPLAINT                                  - 4 -

PIERRE LEBON HOFFMAN   P-22734
S.V.S.P
P.O.BOX 1050
SOLEDAD, CA 93960-1050

In Pro Per

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


PIERRE L. HOFFMAN         )
         Plaintiff,       )
                          )
   v.                     )
                          )
                          )
DR. JOHN D. KASAWA,       )
RN DAN JEANS,             )
         Defendants.      )
_____)

DECLARATION OF PLAINTIFF PIERRE LEBON HOFFMAN
IN SUPPORT OF HIS STAFF COMPLAINT THAT WAS FILED TIMELY,
PURSUANT TO TITLE 15 s.3391(b) BUT REJECTED BY
THE APPEAL COORDINATOR'S OFFICE.

I, PIERRE LEBON HOFFMAN, do hereby depose & declare:

1.- To promote efficient dispute resolution, plaintiff resorted to the internal grievance procedure under Title 15, s.3391(b) 'Employee Conduct' read as follows:

> "Citizen's complaints alleging misconduct of a departmental peace officer shall be filed within twelve months of the alleged misconduct."

The procedure includes rapid filing and response time tables. In order to exhaust an administrative remedy a California inmate must navigate through four appeal stages:

DEC.PL.Page 1 Of 3

# STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region  1. SVSP-A  2. _____
Log No. 1. 07-04394  2. _____
Category 7
CTC 1st

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Unprof. Conduct RN Jeans Dr. Lee Dr. Kasawa

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HOFFMAN PIERRE L. | P-22734 | | A5-110 |

**A. Describe Problem:** On September.17.2007. DR.C.LEE. DR.K.KASAWA & RN DAN JEANS conspired to injure. oppress. threaten & intimidate I/M HOFFMAN by ordering RN DAN JEANS to ransack my cell & confiscate all my diapers. urinary bags. my medications. my surgical pads. etc... (all my weekly medical supplies) which were signed by physicians & endorsed by DR.C.LEE almost 18 months ago. RN D.JEANS comments where:"DR.LEE & DR.KASAWA. do not want ME to have excessive medical supplies." After RN D.JEANS finished ransacking my cell. he tooked all my medical

(Continue Next Page...)

If you need more space, attach one additional sheet.

**B. Action Requested:** 1.That an investigation into WHY DR.LEE was engaged into the alleged conspiracy which depicts a cruelty of maltreatment by DR.KASAWA & RN DAN JEANS?; 2. That an investigation into WHY DR.LEE

RECEIVED OCT 0 5 2007

(Continue Next Page...)

Inmate/Parolee Signature: _____
Date Submitted: 10.02.07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

BYPASS

RET'D OCT 1 8 2007
RECEIVED OCT 09 2007
RECEIVED OCT 24 2007
RET'D OCT 23 2007

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS
RET'D NOV 0 8 2007
CANCELLED

Signature: _____  Date Submitted: _____  CDC Appeal Number: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

10-5-07 reject as late    ff only

supplies to his office and at around 15:00pm I met with him & he told me the followings:"Per DR.LEE & DR.KASAWA, I am supposed to use one diaper per day & urinate over & over on it, no more weekly leg & bedtim urinary bags, only once a month & no chux pads, basically discontinued all my weekly medical supplies." RN D.JEANS continued to say: "that DR.LEE, DR.KASAWA & DR.BOWMAN will approve of his action to keep me without my regular weekly supplies & just give me one diaper per day & no more urinary bags & there is nothing I can do about it."(sic). On Tuesday, October.2.2007, LVN Sanchez distributed all the weekly medical supplies to all ADA inmates excluding me, because RN DAN JEANS ordered LVN SANCHEZ not to give them to me & he tooked from her. RN D.JEANS began tampering with my medical supplies & kept them in the medical office till 18:00pm. LVN J.IVY told me that he was instructed by RN D.JEANS to give me the following items only:" 7 diapers, 2 bags(1.yellow&1.red), 1 sanitary wipes" and nothing else should I ask for any urinary bags. Since now I am forced to discharge urine on the same diaper over & over during the day knowing that I suffer from a disability called 'Neurogenic Bladder Dysfunction' & a 'chronic infection diseases', my urinary bags gets contaminated, & now my surgical wound won't be covered anymore because they discontinued my surgical pads, therefore, I am going to be exposed to more bacterial infections, my cell will be haphazard environment & a incubator for diseases not only my health, but the health of my cellmate & the health of all man & woman officers will be jeopardized & at high risk of catching a chronic disease. Dr.LEE & DR.KASAWA & RN D.JEANS' objective elements of retaliation not only physically barbarous punishments to I/M HOFFMAN, but also the infliction of "unncessary suffering that is inconsistent with contemporary standards of decency." It is with clear & convincing evidence that the agreement for conspiracy between DR.LEE & KASAWA, is a tacit understanding & spelled out by RN DAN JEANS' conduct on (09.17 & 10.02.2007), with intent to injure, oppress, intimidate, harass & wrongfully prejudice I/M HOFFMAN. DR.LEE, DR.KASAWA & RN DAN JEANS are in violations of my liberty protected by the (Due Process Clause of the) Fourteenth Amendments, the elements of I/M HOFFMAN's First Amendment (Retaliation), the Eighth Amendment, 18 U.S.C.sec 241/242 (which speaks of conspiracies to prevent "the free exercise or enjoyment of any right or privilege secured to I/M HOFFMAN by the Constitution or laws of the United States) & the Americans With Disabilities Act (ADA) & The Rehabilitation Act(42 U.S.C.sec.12101 et seq.

ACTION REQUESTED (CONTINUES...)
allowing a hostile environment to exist on 'A' medical facility?:3. An investigation into WHY DR.KASAWA & RN DAN JEANS subjecting I/M HOFFMAN to cruel & unusual punishments & mistreatment by confiscating all the endorsed weekly medical supplies?:4.An investigation into WHY RN DAN JEANS maliciously & sadistically used his power to cause harm to I/M HOFFMAN? 5. To promptly re-instate I/M HOFFMAN's weekly medical supplies as it was endorsed previously;6. to remove the discontinuation chrono from I/M HOFFMAN's medical file.

END_____

P.s: Rights & Responsibility Statement Form Signed, & Dated Is Attached

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| **REASONABLE MODIFICATION OR ACCOMMODATION REQUEST** CDC 1824 (1/95) | INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: 18. ADA |

DPP Code is DPO

Converted from ADA CAT to Non-ADA box 10-5-07

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| HOFFMAN, PIERRE L. | P-22734 | | | A5-110L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**
NEUROGENIC BLADDER DYSFUNCTION & CHF.

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**
SEE MEDICAL FILE

**DESCRIBE THE PROBLEM:**
SEE CDC 602 GRIEVANCE APPEAL

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?**
SEE CDC 602 GRIEVANCE APPEAL

INMATE/PAROLEE'S SIGNATURE

OCTOBER.2.2007
DATE SIGNED

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

***Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:***

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| HOFFMAN, PIERRE L. | | OCTOBER.2.2007 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| HOFFMAN, PIERRE L. | | P-22734 | 10.02.2007 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HOFFMAN, P22734　　　　　　Date: October 17, 2007
Current Housing: A5-110

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-A-07-04394

ASSIGNED STAFF REVIEWER: **CTC**
APPEAL ISSUE: STAFF COMPLAINTS

**DUE DATE: 11/20/2007**

Inmate HOFFMAN, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

State of California  Case 5:08-cv-01501-JW  Document 1  Filed 03/18/2008  Page 11 of 17
Department of Corrections and Rehabilitation
EXHIBIT PP (SC FORM)

# INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: Hoffman   CDC #: P22734   CDC HOUSING: A5-110

**THIS IS NOT AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.**

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**

- [ ] Requested Action Already Taken
- [ ] Duplicate Appeal; Same Issue
- [ ] Appealing Action Not Yet Taken
- [ ] Incomplete Appeal – Documents Not Attached
- [X] Time Constraints Not Met  10/19/07
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] Appeal Process Abuse – Inappropriate Statements
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Action / Decision Not Taken By CDCR
- [ ] Action Sought Is Under Sentencing Court Jurisdiction
- [ ] Submit Issue to Assigned Parole Office
- [ ] Appeal Matter to VCGCB
- [ ] DRB Decisions Are Not Appealable
- [ ] Request for Interview; Not an Appeal
- [ ] More than one issue – one issue per appeal
- [ ] NO ATTEMPT AT INFORMAL RESOLVE

- [ ] Requested Appeal Withdrawn
- [ ] Appeal Previously Received and Processed
- [ ] Incomplete 602 – Complete Next Appropriate Section
- [ ] Incomplete 602 – Sign and Date Appropriate Section
- [ ] Limit of One Continuation Page May Be Attached
- [ ] Incomplete Disciplinary Appeal – Missing Documents*
- [ ] Incomplete Property Appeal – Missing Documents*
- [ ] Failed to Provide Necessary Copies of Chrono(s)*
- [ ] Appeal Process Abuse – Pointless Verbiage
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Appeal Issue & Reasonable Accommodation Not 1824
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

**PLEASE ATTACH AS NOTED BELOW:**

| [ ] | CDC 115/Hearing Officer's Results | [ ] | CDC 128C Medical Chrono |
| --- | --- | --- | --- |
| [ ] | CDC 115 with IE/DA information | [ ] | CDC 1819 Denied Publications |
| [ ] | Supplemental Reports to CDC 115 | [ ] | CDC 128 A |
| [ ] | CDC 1030 Confidential Disclosure | [ ] | CDC 128 B |
| [ ] | CDC 114D Lockup Order | [ ] | CDC 143 Property Transfer Receipt |
| [ ] | CDC 128G ICC/UCC | [ ] | Cell Search Slip |
| [ ] | CDC 128G CSR Endorsement Chrono | [ ] | Receipts |
| [ ] | CDC 839/840 Class/Reclass Score Sheet | [ ] | Qtr. Pkg. Inventory Slip |
| [ ] | CDC 7219 Medical Report | [ ] | Trust Account Statement |
| [ ] | **Other: SEE COMMENTS BELOW** | [ ] | Property Inventory Receipt |

10/24/07 time constraints act not Appeal cancelled

Comments: You may write on back of this form to clarify or respond to the above.

rejected as late

RECEIVED OCT 24 2007

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

RET'D OCT 23 2007
RET'D OCT 18 2007

Date: 10-5-07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

TO: CCII - APPEALS COORDINATOR
FROM: I/M HOFFMAN, P.  P-22734  A5-110L
DATE: OCTOBER.18.2007
SUBJECT: LOG NO. SVSP-A-07-04394

Dear Sir/Madam,

  You have rejected my 602 grievance misconduct's appeal against Dr.Lee, Dr.Kasawa & RN Jeans claiming that 'Time Constraints are not met', therefore you are rejecting my claim.

  I am attaching a chrono signed by DR.LEE on (09.19.07) supporting Dr.Kasawa & Rn Jeans' retaliation actions against me on (09.17.07). Dr.LEE's approval was dated (09.19.07) which gives me 15 days from that date to file my grievance which will be (10.04.2007). I have signed & mailed timely my grievance on (10.02.2007).

  I have demonstrated to you in a prima facie showing that I am within the guidelines to the 15 day rule to file my grievance misconduct's appeal. Would you please re-activate my claim accordingly.

  I am looking forward to hear from you soon.

Respectfully requested,

PIERRE L. HOFFMAN

cc

   a. Informal level;
   b. First Formal Level;
   c. Second Format Level;
   d. Third "DRB" Format Level.

2.- As required under California Law, plaintiff filed his 602/grievance appeal on October.2.2007, (see EXHIBIT (602/GRIEVANCE));

3.- On October 17th, 2007, the appeal's coordinator informed plaintiff that his grievance appeal was accepted for processing, a log number was issued (SVSP-A-07-04394) & a due date for respondent to answer to plaintiff's staff complaint by November.20.2007 (see EXHIBIT (LOG NO.));

4.- For unknown reasons, On October.18.2007, the appeal's office decided to reject my staff complaints' grievance based on 'time constraints'. (see EXHIBIT(SC.FORM));

5.- On October.18.2007, plaintiff addressed a written notification to the appeal coordinator's office reminding him that my 602 grievance misconduct's appeal claim was filed timely & requested that my claim to be re-instated, (see EXHIBIT (LETTER/10/18/07));

6.- On October 23, 2007, plaintiff re-addressed his claim to the appeal's office by directing the appeal's coordinator to the 'Title 15 s.3391(b)': "Any alleged misconduct shall be filed within twelve month." However, I am entitled to have my grievance appeal's to be processed according to the 'Prison Litigation Reform Act', should your office continue to reject my staff complaint's claim, therefore, plaintiff's claim will meet the Federal Courts' standard of exhaustion of state remedies under '42 USC 1983' guidelines. (see EXHIBIT (LETTER(10/23/07));

7.- On November 14th, 2007, I was interviewed by Ms.KATHLEEN M. WALL (Director Of Nursing) & Mr.BYRNE (SRN I) in regards to my staff complaint's grievance (Log No.SVSP-A-07-04394). Ms.Wall & Mr.Byrne took notes during

DEC.PL.Page 2 Of 3

the interview & said: "that they will swiftly investigate this matter & present their findings before the due date of November.20.2008 .(sic).

8.- As of today, the appeal coordinator's created a barrage by rejecting plaintiff's staff complaint claim based on 'time constraints,' knowing that plaintiff did not violate 'Title 15 s.3391(b)', but it was deliberately done in order to deprive plaintiff of his fundamental personal rights. Moreover, the appeal's coordinator acted with deliberate indifference to stifle plaintiff's staff complaint of unconstitutional deprivation within the meaning of 42 U.S.C.s.1983. (see EXHIBIT (TRACKING));

9.- The appeal's coordinator was adamant not to process my staff complaint's grievance after finding that the contents of plaintiff's grievance contains unlawful deliberate acts of retaliation committed by Dr.JOHN KASAWA & RN DAN JEANS & supported by exhibits;

10.- Based on the above mentioned sequence of events, plaintiff gave an ample opportunity to the appeal's coordinator to reconsider plaintiff's staff complaint in order to exhaust his administrative remedies through the four appeal stages, but 'to no avail'. In Conclusion, Plaintiff is entitled to proceed forward with his civil rights claim under (42 U.S.C.s.1983).

I declare under penalty of perjury that the foregoing is true & correct. Executed this 15th day of March, 2008, at Soledad, California.

PIERRE L. HOFFMAN

///
///
///

DEC.PL.Page 3 Of 3

PROOF OF SERVICE BY MAIL
(C.C.P. §§1013 (A); 2015.5 & U.S.C. §1746)

I, __PIERRE LEBON HOFFMAN__ am a citizen of the state of California, County Of __MONTEREY__ over the age of eighteen years, and a party to the within cause. My address is:

__P-22734__, P.O. Box 1050, SVSP, SOLEDAD CALIFORNIA.

On __March 15th__, __2008__ I served the original and/or true reproductions thereof of the following documents:

1.- DECLARATION OF PLAINTIFF PIERRE LEBON HOFFMAN IN SUPPORT OF HIS STAFF COMPLAINT THAT WAS FILED TIMELY, PURSUANT TO TITLE 15 s.3391(b) BUT REJECTED BY THE APPEAL COORDINATOR'S OFFICE.

By mailing them to:

CLERK, U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.,
BOX: 36060

Said service was executed by placing said documents enclosed in a sealed envelope(s) with postage thereon fully prepaid, and depositing them in the United States Mail. At the time of the mailing there existed normal mailing service between the above parties.

I declare under the penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on this __15th__ day of __March__, 20__08__, California

PIERRE LEBON HOFFMAN
(PRINT NAME)

[signature]

TO: CCII - APPEALS COORDINATOR
FROM: I/M HOFFMAN  D-23724  A5-112
DATE: OCTOBER.23.2007
LOG NO.: SVSP-A-07-04204
SUBJECT: TITLE 15 CCR.3391 EMPLOYEE CONDUCT...

---

Dear Sir/Madam,

    Pursuant to Title 15 section 3391(b), any citizen complaints alleging misconduct shall be filed within twelve month of the alleged misconduct. The misconduct occurred on September.17.2007. That means the due date to file my grievance will be September.17.2008.

    Therefore, I am entitled to have my grievance appeal of misconduct against C?.LEE, C?.KAGAWA ? C? D.J?A?S to be processed.

    Should you refuse to process my citizen complaint, according to the 'Prison Litigation Reform Act', I should inform you that you have exhausted my state remedies & my grievance will therefore meet the Federal Courts' standard of exhaustion of state remedies under 42 USC 1983 guidelines.

Respectfully requested,

PIERRE L. HOFFMAN

cc

(EXHIBIT (TRACKING))...

Salinas Valley State Prison                                                              12/21/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 03/30/2007 | FAC. A 5  Due: 05/11/2007 | Completed: 05/11/2007  ADA | Disposition: DENIED  SVSP-A-07-01454 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 04/02/2007 | FAC. A 5  Due: 04/23/2007 | Completed: 04/25/2007  PROGRAM | Disposition: GRANTED IN PART  SVSP-A-07-01689 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 04/13/2007 | FAC. A 5  Due: 05/25/2007 | Completed: 05/25/2007  STAFF COMPLAINTS | Disposition: GRANTED IN PART  SVSP-A-07-02560 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 06/07/2007 | FAC. A 5  Due: 07/20/2007 | Completed: 07/26/2007 | Disposition: GRANTED IN PART  SVSP-A-07-02652 | |
| Level II Review: | Received: 07/26/2007 | FAC. A 5  Due: 08/23/2007 | Completed: 08/14/2007 | Disposition: GRANTED IN PART | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 06/08/2007 | FAC. A 5  Due: 07/23/2007 | Completed: 06/29/2007  LIVING CONDITIONS | Disposition: GRANTED IN PART  SVSP-A-07-02606 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 06/15/2007 | FAC. A 5  Due: 07/09/2007 | Completed: 07/05/2007  ADA | Disposition: GRANTED IN PART  SVSP-A-07-02652 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 07/31/2007 | FAC. A 5  Due: 08/21/2007 | Completed: 08/06/2007  ADA | Disposition: GRANTED IN PART  SVSP-A-07-03359 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 09/11/2007 | FAC. A 5  Due: 11/08/2007 | Completed: 11/05/2007  STAFF COMPLAINTS | Disposition: GRANTED IN PART  SVSP-A-07-04036 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 09/17/2007 | FAC. A 5  Due: 10/09/2007 | Completed: 10/12/2007  ADA | Disposition: DENIED  SVSP-A-07-04090 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 09/24/2007 | FAC. A 5  Due: 10/16/2007 | Completed: 09/24/2007  ADA | Disposition: SCREENED OUT  SVSP-A-07-04197 | |
| P22734 | HOFFMAN, P | | | | |
| Level I Review: | Received: 10/05/2007 | [redacted]  Due: 11/20/2007 | Completed: 11/30/2007 | Disposition: GRANTED IN PART | |
| P22734 | HOFFMAN, P | | | STAFF COMPLAINTS | SVSP-A-07-05196 | |