E-filing

FILED
08 MAR 18 PM 2:52

PIERRE LEBON HOFFMAN P-22734
s.v.s.p
P.O.BOX 1050
SOLEDAD, CA 93960

In Pro Per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PIERRE LEBON HOFFMAN,
        Plaintiff,

CASE NO. 08 1501

vs.

DR. JOHN D. KASAWA
RN DAN JEANS
        Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JW

(PR)

I, PIERRE L. HOFFMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A      Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No X |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No X |
| c. | Rent payments? | Yes ___ | No X |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No X |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No X |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?                                              Yes ___ No X

Spouse's Full Name: DECEASED

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

_____

_____

5. Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ __N/A__ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  N/A
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10  N/A
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  March.15.2008                    _____
17      DATE                          SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

1 | PIERRE LEBON HOFFMAN   P-22734
2 | S.V.S.P                                    Case Number: _____
  | P.O.BOX 1050
3 | SOLEDAD, CA 93960
4 |
5 | In Pro Per
6 |
7 |
8 |
9 |                    CERTIFICATE OF FUNDS
10|                              IN
11|                    PRISONER'S ACCOUNT
12|
13|       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14| statement showing transactions of _____ for the last six months
15| at
16|                              [prisoner name]
17| _____ where (s)he is confined.
18|       [name of institution]
19|       I further certify that the average deposits each month to this prisoner's account for the
20| most recent 6-month period were $ _____ and the average balance in the prisoner's
21| account each month for the most recent 6-month period was $_____.
22|
23| Dated:_____            _____
24|                              [Authorized officer of the institution]
25|
26|
27|
28|