E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PIERRE LEBON HOFFMAN,
Plaintiff,

vs.

DR JOHN D. KASAWA
RN DAN JEANS,
Defendant.

CASE NO. CV 08 1501 JW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, PIERRE L. HOFFMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: X

Employer: ______________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? — Yes ___ No X

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

Present balance(s): $ N/A

Do you own any cash? Yes ____ No X Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

8. What are your monthly expenses?

Rent: $ N/A Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

(HOFFMAN v. RN C.SHYTLE No. C-05-4555JW)

(HOFFMAN v. LEE CASE No. C-06-2248 JW)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April.3.2008

DATE

SIGNATURE OF APPLICANT