**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LEBON HOFFMAN,            )<br>             Plaintiff,             )<br>    vs.                                )<br>JOHN D. KASAWA, et al.,         )<br>             Defendant(s).           )<br>_____ ) | No. C 08-01501 JW (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this complaint is DISMISSED without prejudice for failure to exhaust administrative remedies in accordance with 42 U.S.C. § 1997e(a). Judgment is entered accordingly.

The clerk shall close the file.

DATED: 8/13/2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Hoffman01501_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PIERRE L. HOFFMAN,

        Plaintiff,

  v.

JOHN D. KASAWA, et al.,

        Defendants.

Case Number: CV08-01501 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/14/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pierre Lebon Hoffman P-22734
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960-1050

Dated:  8/14/2008

                Richard W. Wieking, Clerk
                /s/ By: Elizabeth Garcia, Deputy Clerk